| | | |
|---|---|---|
| People v Ivy | App Div, 4th Dept, 9/7/16 (Erie) | dismissed 11/28/16 (Stein, J.) |
| People v Izaguirre | 2d Dept: 141 AD3d 733 (Nassau) | denied 11/15/16 (Garcia, J.) |
| People v Johnson | App Div, 2d Dept: 2016 NY Slip Op 83132(U) (Kings) | dismissed 11/22/16 (Pigott, J.) |
| People v Jones (Anthony) | 2d Dept: 142 AD3d 677 (Suffolk) | denied 11/29/16 (Abdus-Salaam, J.) |
| People v Jones (Devon) | App Div, 3d Dept: 2016 NY Slip Op 84507(U) (Ulster) | dismissed 11/18/16 (Stein, J.) |
| People v Jones (Ronell) | 2d Dept: 142 AD3d 678 (Westchester) | denied 11/29/16 (Abdus-Salaam, J.) |
| People v Jones (Timothy) | 4th Dept: 142 AD3d 1383 (Ontario) | denied 11/28/16 (Garcia, J.) |
| People v Joseph | 2d Dept: 142 AD3d 627 (Westchester) | denied 11/21/16 (Pigott, J.) |
| People v Keitt | 1st Dept: 141 AD3d 437 (Bronx) | denied 11/16/16 (Rivera, J.) |
| People v Ken | 3d Dept: 138 AD3d 1233 (Albany) | denied reconsideration 11/21/16 (Pigott, J.) |
| People v Krebbeks | 4th Dept: 140 AD3d 1785 (Livingston) | denied 11/22/16 (Garcia, J.) |
| People v Laroche | 1st Dept: 142 AD3d 872 (NY) | denied 11/28/16 (Rivera, J.) |
| People v Laventure | 2d Dept: 138 AD3d 1023 (Kings) | denied reconsideration 11/23/16 (DiFiore, Ch. J.) |
| People v Lawrence (James) | 3d Dept: 141 AD3d 828 (Albany) | denied 11/4/16 (Abdus-Salaam, J.) |
| People v Lawrence (Robert) | App Div, 4th Dept, 8/16/16 (Erie) | dismissed 11/4/16 (Abdus-Salaam, J.) |
| People v Letizia | 4th Dept: 141 AD3d 1129 (Erie) | denied 11/15/16 (Garcia, J.) |
| People v Lewis | 3d Dept: 138 AD3d 1346 (Albany) | denied 11/17/16 (DiFiore, Ch. J.) |
| People v Lloyd | 3d Dept: 142 AD3d 1250 (Schenectady) | denied 11/17/16 (DiFiore, Ch. J.) |
| People v Mack | 2d Dept: 142 AD3d 1185 (Kings) | denied 11/17/16 (Stein, J.) |
| People v Macon | 3d Dept: 142 AD3d 739 (Ulster) | denied 11/1/16 (Fahey, J.) |
| People v Mann | App Term, 1st Dept: 53 Misc 3d 128(A) (NY) | denied 11/30/16 (DiFiore, Ch. J.) |